# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

EDDIE BELL,

    Petitioner,

vs.

STATE OF NEVADA,

    Respondent.

Case No. 2:16-cv-02554-APG-VCF

**ORDER**

    Petitioner, who is a prisoner in the custody of the Nevada Department of Corrections, see 28 U.S.C. § 1915(h), has submitted a complaint for writ of mandamus.  The court dismisses this action because petitioner did not pay the filing fee, nor did he submit an application to proceed in forma pauperis with a financial certificate and a copy of his inmate account statement, as required by 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2.

    IT IS THEREFORE ORDERED that this action is **DISMISSED** without prejudice.  The clerk of the court shall enter judgment accordingly and close this action.

    IT IS FURTHER ORDERED that an appeal from the final judgment would not be taken in good faith.

    DATED: December 16, 2016.

                                                           ANDREW P. GORDON
                                                         United States District Judge