# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

EDDIE BELL,

    Petitioner,

vs.

STATE OF NEVADA,

    Respondent.

Case No. 2:16-cv-02554-APG-VCF

**ORDER**

The court dismissed this action without prejudice to commencement of a <u>new</u> action because petitioner did not pay the filing fee or file an application to proceed <u>in forma pauperis</u>. ECF No. 2. Instead of following instructions, petitioner filed in this action a petition for reopening case (ECF No. 4), an application to proceed <u>in forma pauperis</u> (ECF No. 5), and a motion for declaratory and injunctive relief (ECF No. 6). Petitioner argues that the failure to file an application to proceed <u>in forma pauperis</u> was inadvertent. Petitioner himself knows that he needs to file an application to commence an action; this court dismissed an earlier action of his for the same reason. <u>Bell v. Nevada Bar Association</u>, 2:06-cv-00975-KJD-LRL. Furthermore, the dismissal was without prejudice. Petitioner could have commenced, and still can commence, a new action with all the required documents.

IT IS THEREFORE ORDERED that petitioner's petition for reopening case (ECF No. 4) is **DENIED**.

IT IS FURTHER ORDERED that petitioner's application to proceed <u>in forma pauperis</u> (ECF No. 5) is **DENIED**.

IT IS FURTHER ORDERED that petitioner's motion for declaratory and injunctive relief (ECF No. 6) is **DENIED**.

DATED: September 21, 2017,

_____
ANDREW P. GORDON
United States District Judge